UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KNOX ASSOCIATES, INC.<br>d/b/a THE KNOX COMPANY,<br>an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENCY ACCESS SYSTEMS, INC.,<br>a Rhode Island corporation,<br><br>Defendant. | C.A. NO: 05-053 S |

**AFFIDAVIT OF DOHN TREMPALA**

I, Dohn Trempala, upon oath depose and say that:

1. I am the President of plaintiff, Knox Associates, Inc. d/b/a The Knox Company, an Arizona corporation.

2. I have read the First Amended Complaint filed in this action and affirm that it is true to the best of my knowledge, except as to matters therein stated to be upon information and belief, and as to those matters, I believe them to be true.

Dohn Trempala

STATE OF ARIZONA
COUNTY OF MARICOPA

Subscribed and sworn to before me this 28 day of March, 2005.

My Commission Expires: Dec 22, 2008

[illegible]

5

**CERTIFICATION**

TO: Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

I hereby certify that I caused a true copy of the Affidavit of Dohn Trempala to be hand delivered to the above-named counsel of record on the 29th day of March 2005.

______________________________

h:\knox\eas\pleadings\Second Fed. Suit\Affidavit of Dohn Trempala