UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED APR 13 2005

| | | |
|---|---|---|
| KNOX ASSOCIATES, INC., d/b/a THE KNOX COMPANY, an Arizona corporation, Plaintiff, | : | |
| v. | : | C.A. No. 05-053 |
| EMERGENCY ACCESS SYSTEMS, INC., a Rhode Island corporation, Defendant. | : | |

**STIPULATION**

It is hereby stipulated and agreed by and between the undersigned that Defendant Emergency Access Systems, Inc.'s time to respond to the Motion for Preliminary Injunction of the Plaintiff, Knox Associates, Inc., d/b/a The Knox Company, shall be extended until April 22, 2005.

KNOX ASSOCIATES, INC.,
d/b/a THE KNOX COMPANY

By Its Attorneys,

Stacey P. Nakasian /CSB

Stacey P. Nakasian (#5069)
DUFFY, SWEENEY & SCOTT
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Tel. (401) 455-0700
Date: April 13, 2005

EMERGENCY ACCESS SYSTEMS, INC.

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Date: April 13, 2005

X

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to Stacey P. Nakasian, Esq., Duffy, Sweeney & Scott, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

G:\CSB\EMERGACCESS\PLEADINGS-USDC05-053\STIPULATION.DOC