UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.,
d/b/a THE KNOX COMPANY,
a California corporation,
Plaintiff,

v. C.A. No. 05-053 S

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,
Defendant.

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Now comes Defendant, Emergency Access Systems, Inc. ("Defendant" or "EAS"), and moves this Honorable Court for an extension of time until May 6, 2005 for Defendant to submit its opposition to the motion of the Plaintiff, Knox Associates, Inc., d/b/a The Knox Company ("Plaintiff" or "Knox"), for temporary restraining order and preliminary injunction. As grounds for its Motion, EAS states as follows:

1. Plaintiff and Defendant have been engaged in active settlement negotiations with regard to this matter. Among other things, the parties have exchanged stipulations, proposed orders and offers of judgment in an effort to resolve the vast majority, if not all, of the pending issues before this Court. EAS was hopeful that, at least, the issue of the preliminary injunction could be resolved by agreement, and it has thus far held off on preparing written objections to Knox's preliminary injunction motion. Further, these negotiations are temporarily suspended, as counsel for Plaintiff is court-excused until next week.

9

WHEREFORE, it is respectfully requested that this Court enter an order allowing Defendant, Emergency Access Systems, Inc., until May 6, 2005 to submit its opposition to Knox's motion for a preliminary injunction and granting such further relief as it deems just and appropriate.

EMERGENCY ACCESS SYSTEMS, INC.

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

Date: April 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22d day of April, 2005, a true copy of the within was sent, via facsimile and first-class mail, postage prepaid, to Stacey P. Nakasian, Esq., Duffy, Sweeney and Scott, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

G:\CSB\EMERGACCESS\PLEADINGS-USDC05-053\MOEXTEND.DOC