UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.,
d/b/a THE KNOX COMPANY,
an Arizona corporation,

Plaintiff,

v. C.A. No. 05-053S

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,

Defendant.

**CONSENT**
**PRELIMINARY INJUNCTION**

1. By agreement of the parties, Defendant, Emergency Access Systems, Inc. ("EAS"), its officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation, or privity with EAS, are preliminarily enjoined from:

(a) violating Knox's copyrights in brochures, forms and other material copyrighted by Knox;

(b) using the toll-free numbers, 877-566-9269, 888-566-9269, or any other phone number that spells a Knox trademark; or

(c) using any of Knox's trademarks in conjunction with the operation of its website.

2. This Order shall remain in effect until further order of this Court.

3. This Order is not and shall not be deemed to be a finding of liability on the part of EAS for the acts alleged in the Complaint. Both parties have reserved their rights and positions as to those claims.

(11)

4. The Order will not be considered for purposes of determining a "prevailing party" for purposes of an attorneys' fees application with regard to copyright or other claims in this action.

ENTER:

PER ORDER:

5/10/05

G:\CSB\EMERGACCESS\PLEADINGS-USDC05-053\CONSENT.DOC