UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.
d/b/a THE KNOX COMPANY,
an Arizona corporation,

Plaintiff,

vs. C.A. NO: 05-053 S

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,

Defendant.

**STIPULATION**

The parties to this action stipulate and agree:

(1) That the Court should enter a Consent Preliminary Injunction in the form attached hereto;

(2) That they will engage in expedited discovery with responses due within 20 days of discovery requests; and

(3) That all discovery shall be completed by July 30, 2005.

Robert M. Duffy, Esq. (#4428)
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Attorneys for Knox Associates, Inc.
d/b/a The Knox Company

Charles S. Beal sjn

Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787

Attorney for Emergency Access
Systems, Inc.

Date: May 6, 2005

h:\knox\eas\pleadings\Second Fed. Suit\Stipulation re injunction 03-30-05

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/10/05

(12)