UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.
d/b/a THE KNOX COMPANY,
an Arizona corporation,

Plaintiff,

vs.

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,

Defendant.

C.A. NO: 05-053S

RECEIVED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff and Counterclaim-Defendant Knox Associates, Inc. shall have to up to and including May 26, 2005 to respond to the Counterclaim in this action.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Attorney for Knox Associates, Inc.
d/b/a The Knox Company

Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787-Fax

Attorney for Emergency Access
Systems, Inc.

Dated: May 18, 2005

13