UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC. :
d/b/a THE KNOX COMPANY, :
an Arizona corporation, :
:
Plaintiff, :
: C.A. NO: 05-053 S
vs. :
:
EMERGENCY ACCESS SYSTEMS, INC., :
a Rhode Island corporation, :
:
Defendant. :

RECEIVED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff and Counterclaim-Defendant Knox Associates, Inc. shall have to up to and including June 15, 2005 to respond to the Counterclaim in this action.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Attorney for Knox Associates, Inc.
d/b/a The Knox Company

Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787-Fax

Attorney for Emergency Access
Systems, Inc.

Dated: May 26, 2005

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/26/05

14