RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KNOX ASSOCIATES, INC.<br>d/b/a THE KNOX COMPANY,<br>an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENCY ACCESS SYSTEMS, INC.,<br>a Rhode Island corporation,<br><br>Defendant. | : | C.A. NO: 05-053 S |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff and Counterclaim-Defendant Knox Associates, Inc. shall have to up to and including July 29, 2005 to respond to the Counterclaim in this action.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Attorney for Knox Associates, Inc.
d/b/a The Knox Company

Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787-Fax

Attorney for Emergency Access
Systems, Inc.

Dated: June 29, 2005