UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KNOX ASSOCIATES, INC.<br>d/b/a THE KNOX COMPANY,<br>an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENCY ACCESS SYSTEMS, INC.,<br>a Rhode Island corporation,<br><br>Defendant. | C.A. NO: 05-053 S |

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

Plaintiff Knox Associates, Inc. ("Knox") and Defendant Emergency Access Systems, Inc. ("EAS"), hereby jointly request the Court to enter an injunction in the form attached hereto and further request that Judgment be entered in favor of Knox, pursuant to the injunction entered.

Stacey P. Nakasian, Esq. (#5069)
Duffy & Sweeney, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Attorney for Knox Associates, Inc.
d/b/a The Knox Company

Dated: October 26, 2005

Charles S. Beal sp
Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787

Attorney for Emergency Access
Systems, Inc.

Dated: October 26, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.
d/b/a THE KNOX COMPANY,
an Arizona corporation,

Plaintiff,

vs.

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,

Defendant.

C.A. NO: 05-053S

**INJUNCTION**

By agreement of the parties, Defendant Emergency Access Systems, Inc. ('EAS"), its officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation, or privity with EAS, are permanently enjoined from:

(1) violating Knox's copyrights in brochures, forms and other material copyrighted by Knox;

(2) using the toll-free numbers 877-566-9269, 888-566-9269, or any other phone number that spells a Knox trademark or is intended to divert Knox sales to EAS; and

(3) using any of Knox's trademarks in conjunction with the operation of its website.

**ENTER:** **BY ORDER:**

__________________________ __________________________

h:\knox\eas\pleadings\Second Fed. Suit\Injunction

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.
d/b/a THE KNOX COMPANY,
an Arizona corporation,

Plaintiff,

vs. C.A. NO: 05-053 S

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,

Defendant.

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

Plaintiff Knox Associates, Inc. ("Knox") and Defendant Emergency Access Systems, Inc. ("EAS") have jointly moved for an entry of an Injunction. The parties have resolved the issues that underlie this action. Their resolution includes an agreement that an Injunction enter and that Judgment enter in favor of Knox pursuant to that Injunction.

For the foregoing reasons, the parties jointly request that an Injunction enter in the form attached to their Joint Motion and that Judgment enter in favor of Knox pursuant to that Injunction.

Respectfully Submitted,

Stacey P. Nakasian, Esq. (#5069)
Duffy & Sweeney, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Attorney for Knox Associates, Inc.
d/b/a The Knox Company

Dated: October 25, 2005

Respectfully Submitted,

Charles S. Beal, Esq. (#5559)
Cameron & Mittleman, LLP
56 Exchange Street
Providence, RI 02903
(401) 331-5700
(401) 331-5787

Attorney for Emergency Access
Systems, Inc.

Dated: October 26, 2005