UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC.,
d/b/a THE KNOX COMPANY,
an Arizona corporation,
Plaintiff,

v. C.A. No. 05-053S

EMERGENCY ACCESS SYSTEMS, INC.,
a Rhode Island corporation,
Defendant.

## VOLUNTARY DISMISSAL OF COUNTERCLAIMS

Now comes the Defendant, Emergency Access Systems, Inc., and, pursuant to Rule 41 (a)(1) and (c), voluntarily dismisses with prejudice its counterclaims in the within action against the Plaintiff, Knox Associates, Inc., d/b/a The Knox Company, with prejudice.

EMERGENCY ACCESS SYSTEMS, INC.

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

Date: October 26, 2005

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/28/05

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2005, a true copy of the within was sent, via facsimile and first-class mail, postage prepaid, to Stacey P. Nakasian, Esq., Duffy, Sweeney and Scott, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

G:\CSB\EMERGACCESS\PLEADINGS-USDC05-053\DISMISSAL.DOC