UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KNOX ASSOCIATES, INC.<br>d/b/a THE KNOX COMPANY,<br>an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENCY ACCESS SYSTEMS, INC.,<br>a Rhode Island corporation,<br><br>Defendant. | : | C.A. NO: 05-053S |

**INJUNCTION**

By agreement of the parties, Defendant Emergency Access Systems, Inc. ('EAS"), its officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation, or privity with EAS, are permanently enjoined from:

(1) violating Knox's copyrights in brochures, forms and other material copyrighted by Knox;

(2) using the toll-free numbers 877-566-9269, 888-566-9269, or any other phone number that spells a Knox trademark or is intended to divert Knox sales to EAS; and

(3) using any of Knox's trademarks in conjunction with the operation of its website.

**ENTER:** **BY ORDER:**

WSM [signature]

11/1/05

[signature]

h:\knox\eas\pleadings\Second Fed. Suit\Injunction