AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KNOX ASSOCIATES, INC. d/b/a The Knox Company, an Arizona Corporation
V.
EMERGENCY ACCESS SYSTEMS, INC. a Rhode Island Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 05-53S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF AGAINST DEFENDANT, PURSUANT TO AN INJUNCTION ENTERED BY THIS COURT ON THIS DATE.**

November 1, 2005
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk